### In re REID BROS.

(Court of Appeals of District of Columbia. Submitted January 13, 1920. Decided May 2, 1921.)

#### No. 1273.

**Trade-marks and trade-names ⊗—3(5)—"Efficiency" is descriptive word.**
   The word "efficiency," as a trade-mark for hot-water bottles and other hospital supplies, is more descriptive than suggestive, and therefore not registerable as a trade-mark.

Appeal from the Commissioner of Patents.

Application by Reid Bros. for registration of a trade-mark. From a decision of the Patent Office refusing registration, the applicant appeals. Affirmed.

H. C. Robb, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

PER CURIAM. Appeal from a decision of the Patent Office refusing to register as a trade-mark for hot-water bottles, ice bags, and certain other hospital supplies, a shield bearing the word "Efficiency" in ordinary block type; the ground of the decision being that the mark is descriptive.

We are constrained to hold that this case is controlled by our decision in Re Crosby Steam Gage & Valve Co., 47 App. D. C. 382, in which it was ruled that the words "High Efficiency" were not registerable as a trade-mark for safety relief valves, because "more descriptive than suggestive."

Accordingly the decision is affirmed.

⊗⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes